FILED _____ LODGED
_____ RECEIVED

Nov 05, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIMBERLEY POE,

    Plaintiff,

vs.

ETHICON, INC. and JOHNSON & JOHNSON,

    Defendants.

Case No. 20-cv-05218-BHS-TLF

**JOINT MOTION TO STAY REMOTE HEARING AND DECISION ON DAUBERT MOTIONS PENDING SETTLEMENT DISCUSSIONS**

Noting Date For: November 5, 2020

JOINT MOTION TO STAY REMOTE HEARING
AND DECISION ON DAUBERT MOTIONS
PENDING SETTLEMENT DISCUSSIONS
(Case No. 20-CV-05218-BHS-TLF)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Plaintiff Kimberly Poe and Defendants Ethicon, Inc. and Johnson & Johnson, through their counsel, hereby jointly request that the Court stay the remote hearing in this matter scheduled for November 10, 2020. The parties are currently conducting productive and ongoing global settlement negotiations that would include the above-captioned case. As such, the parties request that the Court continue the hearing on the parties' *Daubert* motions, currently scheduled for November 10, as well as the related deadline for submission of supporting electronic exhibits to the Court on November 6. If an agreement in principle is not reached within 30 days, the parties will work with the Court to re-set the hearing.

WHEREFORE, the parties jointly request that this Court stay the November 10 hearing and November 6 exhibit submission deadline for 30 days.

DATED this 4th day of November, 2020.

**CALFO EAKES LLP**

By      *s/ Patty A. Eakes*
Patricia A. Eakes, WSBA# 18888
Angelo J. Calfo, WSBA# 27079
Lindsey E. Mundt, WSBA# 49394
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
           angeloc@calfoeakes.com
           lindseym@calfoeakes.com

JOINT MOTION TO STAY REMOTE HEARING
AND DECISION ON DAUBERT MOTIONS
PENDING SETTLEMENT DISCUSSIONS
(Case No. 3:20-cv-05218-BHS-TLF) - 1

| | |
|---|---|
| 1 | **BUTLER SNOW LLP** |
| 2 | By  *s/ Anita Modak-Truran* |
| 3 | Anita Modak-Truran, (*pro hac vice*)<br>150 3rd Ave. South, Suite 1600<br>Nashville, TN  37201 |
| 4 | Phone: (615) 651-6751<br>Fax: (615) 651-6701 |
| 5 | Email: Anita.ModakTruran@butlersnow.com |
| 6 | *Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson* |
| 7 | |
| 8 | **BRENEMAN GRUBE OREHOSKI, PLL** |
| 9 | By  *s/ Joe Grube* |
| 10 | Joseph A. Grube, WSBA # 26476<br>1200 Fifth Avenue, Suite 625<br>Seattle, WA 98101 |
| 11 | Phone: (206) 624-5975 |
| 12 | Email: joe@bgotrial.com |
| 13 | **KLINE & SPECTER** |
| 14 | By  *s/ Eleanor Aldous*<br>Eleanor O. Aldous |
| 15 | *Admitted Pro Hac Vice*<br>1525 Locust Street, 19th Floor |
| 16 | Philadelphia, PA 19102<br>Telephone: (215) 772-1000 |
| 17 | Facsimile: (215) 735-0960<br>Eleanor.aldous@klineandspecter.com |
| 18 | |
| 19 | *Counsel for Plaintiff* |

JOINT MOTION TO STAY REMOTE HEARING
AND DECISION ON DAUBERT MOTIONS
PENDING SETTLEMENT DISCUSSIONS
(Case No. 3:20-cv-05218-BHS-TLF) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the parties' Joint Motion to Stay Remote Hearing and Decision on *Daubert* Motions Pending Settlement Discussions is GRANTED. The hearing scheduled for November 10, 2020 is struck.

DATED this  5th  day of  November , 2020.

*[signature]*
THE HONORABLE THERESA L. FRICKE

**CALFO EAKES LLP**

By   *s/ Patty A. Eakes*
Patricia A. Eakes, WSBA# 18888
Angelo J. Calfo, WSBA# 27079
Lindsey E. Mundt, WSBA# 49394
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
           angeloc@calfoeakes.com
           lindseym@calfoeakes.com

**BUTLER SNOW LLP**

By   *s/ Anita Modak-Truran*
Anita Modak-Truran, (*pro hac vice*)
150 3rd Ave. South, Suite 1600
Nashville, TN  37201
Phone: (615) 651-6751
Fax: (615) 651-6701
Email: Anita.ModakTruran@butlersnow.com

JOINT MOTION TO STAY REMOTE HEARING AND DECISION ON DAUBERT MOTIONS PENDING SETTLEMENT DISCUSSIONS
(Case No. 3:20-cv-05218-BHS-TLF) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

**BRENEMAN GRUBE OREHOSKI, PLL**

By */s/ Joe Grube*
Joseph A. Grube, WSBA # 26476
1200 Fifth Avenue, Suite 625
Seattle, WA 98101
Phone: (206) 624-5975
Email: joe@bgotrial.com

**KLINE & SPECTER**

By */s/ Eleanor Aldous*
Eleanor O. Aldous
*Admitted Pro Hac Vice*
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 735-0960
Eleanor.aldous@klineandspecter.com

*Counsel for Plaintiff*

JOINT MOTION TO STAY REMOTE HEARING
AND DECISION ON DAUBERT MOTIONS
PENDING SETTLEMENT DISCUSSIONS
(Case No. 3:20-cv-05218-BHS-TLF) - 4